

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00260-CV

**IN THE INTEREST OF K.R.H.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03379
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We ORDER that appellee, Jason L. Herrick, recover his costs of this appeal from appellants, Israel Russi and Rosa M. Russi.

SIGNED March 26, 2014.

_____
Luz Elena D. Chapa, Justice